AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00351 |
| Martin James Cudo | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 12/13/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Martin James Cudo                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Date:   12/13/2023                          _____Zia M. Faruqui_____
                                                          *Issuing Officer's signature*

City and state:    Washington, D.C.              Honorable Zia M. Faruqui
                                                          *U.S. Magistrate Judge*

---

### Return

This warrant was received on *(date)*  12/13/23 , and the person was arrested on *(date)*  12/18/23
at *(city and state)*  LAKEVILLE, MN  .

Date:   12/18/23                           _____
                                                          *Arresting officer's signature*

                                                SPECIAL AGENT MARK ETHERIDGE
                                                          *Printed name and title*