AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Martin James Cudo<br><br><br>_____<br>*Defendant* | ) Case: 1:23-mj-00351<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 12/13/2023<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Martin James Cudo _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)  ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Zia M. Faruqui

Date:     12/13/2023     _____
*Issuing Officer's signature*

City and state:     Washington, D.C.     Honorable Zia M. Faruqui
_____
*U.S. Magistrate Judge*

| **Return** |
|---|
| This warrant was received on *(date)* 12/13/23 , and the person was arrested on *(date)* 12/18/23<br>at *(city and state)* LAKEVILLE, MN .<br><br>Date: 12/18/23     _____<br>*Arresting officer's signature*<br><br>SPECIAL AGENT MARK ETHERIDGE<br>*Printed name and title* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Martin James Cudo,<br><br>　　　　　　　Defendant. | )　**COURT MINUTES - CRIMINAL**<br>)　　BEFORE:  DOUGLAS L. MICKO<br>)　　　　U.S. MAGISTRATE JUDGE<br>)<br>)　Case No:　　　　23-mj-941 DLM<br>)　Date:　　　　　December 18, 2023<br>)　Courthouse:　　St Paul<br>)　Courtroom:　　6B<br>)　Time Commenced:　1:42 p.m.<br>)　Time Concluded:　1:57 p.m.<br>)　Time in Court:　　15 minutes<br>)<br>) |

APPEARANCES:

　　　Plaintiff: Hillary Taylor, Assistant U.S. Attorney
　　　Defendant: James Becker, Assistant Federal Public Defender
　　　　　　　X FPD　　　　　　　X To be appointed

　　　X Advised of Rights

on　　X Complaint
X Date charges or violation filed: 12/13/2023
X Current Offense: disorderly and disruptive conduct in a restricted building and grounds
X **Charges from other District:**　District of Columbia
X Title and Code of underlying offense from other District:　18:1752(a)(1)
X Case no: 23mj351

X **Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

X Removal and preliminary hearing waived
X Removal Order to be issued

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

　　　　　　　　　　　　　　　　　　　　_____ s/ jam
　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

United States of America,

v.

Martin James Cudo
*Defendant*

Case No. 0864 0:23-00941M-001

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate any federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted,  must surrender as directed  to serve a sentence that the Court may impose. The defendant must appear at _____ on _____ .

        If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release.  In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged.  To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

> Federal Bureau of Investigation
> Laboratory Division
> 2501 Investigation Parkway
> Quantico, VA  22135
> Attn:  Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

AO 199B (Rev. 08/2015) Additional Conditions of Release                                    Martin James Cudo

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐    (6)      The defendant is placed in the custody of:

Person or organization    _____

Address *(Only if above is an organization)* _____

City and State    _____

Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____

*Custodian or Proxy*        *Date*

☒    (7)      The defendant must:

☒    (a)    submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

☐    (b)    continue or actively seek employment.

☐    (c)    continue or start an education program.

☒    (d)    surrender any passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

☒    (e)    not obtain a passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

☒    (f)    abide by the following restrictions on personal association, residence, or travel: Travel shall be restricted to Minnesota unless approved by the supervising officer. International travel must be approved by the Court. The defendant must refrain from travelling to D.C. unless for Court, Pretrial, or Consultation with an attorney.

☐    (g)    avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

_____

_____

☐    (h)    get medical or psychiatric treatment: _____

AO 199B (Rev. 08/2015) Additional Conditions of Release                                        Martin James Cudo

## ADDITIONAL CONDITIONS OF RELEASE

☐    (i)    return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purpose(s): _____

☐    (j)    maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and observe the rules and regulations of that facility.

☒    (k)    not possess a firearm, destructive device, or other weapon.

☐    (l)    not use alcohol ☐ at all ☐ excessively.

☒    (m)    not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒    (n)    submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☐    (o)    participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☐    (p)    participate in one of the following location restriction programs and comply with its requirements as directed.
       ☐    (i)    **Curfew.** You are restricted to your residence every day
             ☐ from _____ to _____ or
             ☐ as directed by the pretrial services officer, or
       ☐    (ii)    **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ☐    (iii)    **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
       ☐    (iv)    **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
             **Note:** Stand Alone Monitoring is intended to be used in conjunction with Global Positioning System (GPS) technology (see condition (q)(iii) on next page).

Martin James Cudo

## ADDITIONAL CONDITIONS OF RELEASE

☐ (q) submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided.

    ☐ (i) Voice Recognition; or

    ☐ (ii) Radio Frequency (RF); or

    ☐ (iii) Global Positioning System (GPS)

☐ (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

☒ (s) report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

☒ (t) reside at an address as approved by the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)   An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

ST. PAUL , MN
_____
*City and State*

AO 199C (Rev. 09/08) Advice of Penalties                                      Martin James Cudo

### Directions to the United States Marshal

☑  The defendant is ORDERED released after processing.

☐  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

☐  The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house bed is available.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 12/18/23 _____

_____
*Judicial Officer's Signature*

_____
*Magistrate Judge Douglas L. Micko*
*Printed Name and Title*

DISTRIBUTION:  COURT     DEFENDANT     PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond                                                    Martin James Cudo

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

```
--------------------------------
United States of America,

            v.

Martin James Cudo,                    Case No. 0864 0:23-00941M-001
     Defendant.
--------------------------------
```

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Martin James Cudo *(defendant)*</u>, agree to follow every order of this court, or any court that
considers this case, and I further agree that this bond may be forfeited if I fail:

    ☒   to appear for court proceedings;

    ☒   if convicted, to surrender to serve a sentence that the court may impose; or

    ☒   to comply with all conditions set forth in the Order Setting Conditions of
       Release.

### Type of Bond

☒  (1)    This is a personal recognizance bond.

☐  (2)    This is an unsecured bond of $ _____ .

☐  (3)    This is a secured bond of $ _____ , secured by:
           _____

      ☐  (a)   $ _____ , in cash deposited with the court.

      ☐  (b)   the agreement of the defendant and each surety to forfeit the following cash or
             other property *(describe the cash or other property, including claims on it—*
             *such as a lien, mortgage, or loan—and attach proof of ownership and value)*:
             _____
             _____

             If this bond is secured by real property, documents to protect the secured
             interest may be filed of record.

      ☐  (c)   A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it*
             *and identify the surety)*:
             _____
             _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

    (1)    All owners of the property securing this appearance bond are included on the bond;

    (2)    The property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/18/2023

*Defendant's signature*

_____         _____
*Surety/property owner—printed name*       *Surety/property owner—signature and date*

_____         _____
*Surety/property owner—printed name*       *Surety/property owner—signature and date*

_____         _____
*Surety/property owner—printed name*       *Surety/property owner—signature and date*

### CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Date: 12/18/23

_____
*Judge's signature*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

Martin James Cudo,

               Defendant.

Criminal No. 23-mj-941 DLM

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate Judge Douglas L. Micko on December 18, 2023.    Defendant waived the removal hearing and preliminary hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: December 18, 2023          *s/Douglas L. Micko*
                                   Douglas L. Micko
                                   United States Magistrate Judge

CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:23−mj−00941−DLM−1
### *Internal Use Only*

Case title: USA v. Cudo

Date Filed: 12/18/2023

Date Terminated: 12/18/2023

Assigned to: Magistrate Judge
Douglas L. Micko

**Defendant (1)**

| | | |
|---|---|---|
| **Martin James Cudo**<br>*TERMINATED: 12/18/2023* | represented by | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community*<br>*Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752 | |

1

**Plaintiff**

**USA**                                   represented by   **Hillary A. Taylor**
                                                           DOJ–USAO
                                                           U.S. Attorney's Office, District of
                                                           Minnesota
                                                           300 South 4th Street
                                                           Suite 600
                                                           Minneapolis, MN 55415
                                                           612–664–5600
                                                           Email: hillary.taylor@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2023 | 5 | ORDER OF REMOVAL to District of Columbia as to Martin James Cudo. Signed by Magistrate Judge Douglas L. Micko on 12/18/2023. (ALN) (Entered: 12/18/2023) |
| 12/18/2023 | 4 | Personal Recognizance Bond Entered as to Martin James Cudo. Signed by Magistrate Judge Douglas L. Micko on 12/18/2023. (ALN) (Entered: 12/18/2023) |
| 12/18/2023 | 3 | ORDER Setting Conditions of Release as to Martin James Cudo. Signed by Magistrate Judge Douglas L. Micko on 12/18/2023. (ALN) (Entered: 12/18/2023) |
| 12/18/2023 | 1 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Martin James Cudo held on 12/18/2023. Charges from District of Columbia. Counsel to be appointed. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. Removal and preliminary hearing waived. Removal order to be issued. (Digital Recording) (ALN) (Entered: 12/18/2023) |
| 12/18/2023 |  | Arrest (Rule 5) of Martin James Cudo (ALN) (Entered: 12/18/2023) |

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REMOVAL

|  | )  | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| United States of America, | ) | BEFORE:  DOUGLAS L. MICKO |
|  | ) | U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) |  |
| v. | ) | Case No:           23-mj-941 DLM |
|  | ) | Date:               December 18, 2023 |
| Martin James Cudo, | ) | Courthouse:      St Paul |
|  | ) | Courtroom:       6B |
| Defendant. | ) | Time Commenced:      1:42 p.m. |
|  | ) | Time Concluded:       1:57 p.m. |
|  | ) | Time in Court:       15 minutes |
|  | ) |  |
|  | ) |  |

APPEARANCES:

Plaintiff: Hillary Taylor, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
 <u>X</u>FPD                    <u>X</u> To be appointed

<u>X</u> Advised of Rights

on    <u>X</u> Complaint
<u>X</u> Date charges or violation filed: 12/13/2023
<u>X</u> Current Offense: disorderly and disruptive conduct in a restricted building and grounds
<u>X</u> **Charges from other District:**   District of Columbia
<u>X</u> Title and Code of underlying offense from other District:   18:1752(a)(1)
<u>X</u> Case no: 23mj351


<u>X</u> **Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

<u>X</u> Removal and preliminary hearing waived
<u>X</u> Removal Order to be issued

Additional Information:

<u>X</u> Oral Rule5(f) Brady notice read on the record.

                                                                    _____ s/ jam
                                                                    Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| United States of America, <br><br> v. <br><br> Martin James Cudo <br> *Defendant* | Case No. 0864 0:23-00941M-001 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

    (1)        The defendant must not violate any federal, state, or local law while on release.

    (2)        The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

    (3)        The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

    (4)        The defendant must appear in court as required and, if convicted,  must surrender as directed  to serve a sentence that the Court may impose. The defendant must appear at _____ on _____ .

                If blank, defendant will be notified of next appearance.

    (5)        The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order Setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release.  In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged.  To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

        Federal Bureau of Investigation
        Laboratory Division
        2501 Investigation Parkway
        Quantico, VA  22135
        Attn:  Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6)   The defendant is placed in the custody of:
Person or organization _____
Address *(Only if above is an organization)* _____
City and State _____
Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
Signed: _____   _____
*Custodian or Proxy*                    *Date*

☒ (7)   The defendant must:

☒ (a)   submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

☐ (b)   continue or actively seek employment.

☐ (c)   continue or start an education program.

☒ (d)   surrender any passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

☒ (e)   not obtain a passport, Green Card, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

☒ (f)   abide by the following restrictions on personal association, residence, or travel: Travel shall be restricted to Minnesota unless approved by the supervising officer. International travel must be approved by the Court. The defendant must refrain from travelling to D.C. unless for Court, Pretrial, or Consultation with an attorney.

☐ (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
_____
_____

☐ (h)   get medical or psychiatric treatment: _____

AO 199B (Rev. 08/2015) Additional Conditions of Release                    Martin James Cudo

AO 199B (Rev. 08/2015) Additional Conditions of Release                                Martin James Cudo

## ADDITIONAL CONDITIONS OF RELEASE

☐ (i)  return to custody each _____ at _____ o'clock after being released
          at _____ o'clock for employment, schooling, or the following
          purpose(s): _____

☐ (j)  maintain residence at a halfway house or community corrections center, as the
          pretrial services office or supervising officer considers necessary, and observe
          the rules and regulations of that facility.

☒ (k)  not possess a firearm, destructive device, or other weapon.

☐ (l)  not use alcohol ☐ at all ☐ excessively.

☒ (m)  not use or unlawfully possess a narcotic drug or other controlled substances
          defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒ (n)  submit to testing for a prohibited substance if required by the pretrial services
          office or supervising officer. Testing may be used with random frequency and
          may include urine testing, the wearing of a sweat patch, a remote alcohol testing
          system, and/or any form of prohibited substance screening or testing. The
          defendant must not obstruct, attempt to obstruct, or tamper with the efficiency
          and accuracy of prohibited substance screening or testing.

☐ (o)  participate in a program of inpatient or outpatient substance abuse therapy and
          counseling if directed by the pretrial services office or supervising officer.

☐ (p)  participate in one of the following location restriction programs and comply
          with its requirements as directed.
          ☐ (i)   **Curfew.** You are restricted to your residence every day
                        ☐ from _____ to _____ or
                        ☐ as directed by the pretrial services officer, or
          ☐ (ii)  **Home Detention.** You are restricted to your residence at all times
                        except for employment; education; religious services; medical,
                        substance abuse, or mental health treatment; attorney visits; court
                        appearances; court-ordered obligations; or other activities approved
                        in advance by the pretrial services office or supervising officer; or
          ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown
                        at your residence except for medical necessities and court
                        appearances or other activities specifically approved by the court.
          ☐ (iv)  **Stand Alone Monitoring.** You have no residential curfew, home
                        detention, or home incarceration restrictions. However, you must
                        comply with the location or travel restrictions as imposed by the
                        court.
                        **Note:** Stand Alone Monitoring is intended to be used in conjunction
                        with Global Positioning System (GPS) technology (see condition
                        (q)(iii) on next page).

## ADDITIONAL CONDITIONS OF RELEASE

&#9633; (q) submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided.

   &#9633; (i) Voice Recognition; or

   &#9633; (ii) Radio Frequency (RF); or

   &#9633; (iii) Global Positioning System (GPS)

&#9633; (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

&#9746; (s) report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

&#9746; (t) reside at an address as approved by the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

St. Paul, MN
_____
*City and State*

AO 199C (Rev. 09/08) Advice of Penalties                                                    Martin James Cudo

### Directions to the United States Marshal

☑      The defendant is ORDERED released after processing.

☐      The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

☐      The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house bed is available.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 12/18/23

_____
*Judicial Officer's Signature*

_____
*Magistrate Judge Douglas L. Micko*
*Printed Name and Title*

DISTRIBUTION:  COURT     DEFENDANT     PRETRIAL SERVICES   U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

United States of America,

v.

Martin James Cudo,
*Defendant.*

Case No. 0864 0:23-00941M-001

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Martin James Cudo *(defendant)*</u>, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

     ☒    to appear for court proceedings;

     ☒    if convicted, to surrender to serve a sentence that the court may impose; or

     ☒    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☒   (1)    This is a personal recognizance bond.

☐   (2)    This is an unsecured bond of $ _____ .

☐   (3)    This is a secured bond of $ _____ , secured by:
     _____

     ☐   (a)    $ _____ , in cash deposited with the court.

     ☐   (b)    the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it—such as a lien, mortgage, or loan—and attach proof of ownership and value)*:
         _____
         _____

         If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     ☐   (c)    A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
         _____
         _____

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

    (1)    All owners of the property securing this appearance bond are included on the bond;

    (2)    The property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/18/2023

_____
*Defendant's signature*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

_____
*Surety/property owner—printed name*

_____
*Surety/property owner—signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Date: 12/16/23

_____
*Judge's signature*

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

United States of America,

                 Plaintiff,

v.

Martin James Cudo,

                 Defendant.

Criminal No. 23-mj-941 DLM

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate Judge Douglas L. Micko on December 18, 2023.    Defendant waived the removal hearing and preliminary hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: December 18, 2023        *s/Douglas L. Micko*
                                 Douglas L. Micko
                                 United States Magistrate Judge